**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name: Samson Lone Star Limited Partnership, n/k/a Samson Lone Star, L.L.C. **V.** Charles G. Hooks, III, Individually and as Independent Executor of the Estate of Charles G. Hooks, Jr., as Trustee of the Scott Ira McKeever Trust and the David Wayne McKeever Trust, and on Behalf of Chas. G. Hooks & Son, a General Partnership, et al

Appellate case number: 01-09-00328-CV

Trial court case number: B173008B

Trial court: 60th District Court of Jefferson County

Date motion filed: April 29, 2016

Party filing motion: Appellant, Samson Lone Star Limited Partnership, n/k/a Samson Lone Star, L.L.C.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes

☐ Acting individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Lloyd

Date: August 16, 2016